

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 02 2015

JAMES W. MCCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARRON LEWIS                                                                         PLAINTIFF

VS.                                                 NO. 4:14 CV-673 BRW-HDY

HOLLADAY, *ET AL*                                           DEFENDANTS

### NOTICE OF APPEARANCE ON BEHALF OF ARRON LEWIS

UNDERSIGNED counsel hereby enters his appearance on behalf of the Plaintiff Arron Lewis, and states that he is authorized to practice law before this Court.

CHET DUNLAP (ARK. BAR NO. 83056)
ATTORNEY AT LAW
P.O. BOX 54
TRUMANN, AR 72472
PHONE: (870) 483-6446
FAX: (870) 483-2784
cdunlaplaw@gmail.com

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I filed the foregoing on the Court's CM/ECF system on this 2nd day of December, 2015.

/s/ Chet Dunlap
Chet Dunlap