IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEMETRIUS CURTIS                                                                PLAINTIFF

v.                              No. 4:15-cv-98-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; SHELIA
SHARP, Director, Arkansas Community
Correction; KERRI CRAIG, Parole Officer,
Arkansas Parole and Probation; and
SHADA WILLIS, Supervisor, Arkansas Parole
and Probation                                                                  DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Cavaneau's excellent recommendation, № 30, and overrules Curtis's objection, № 31, with one modification. FED. R. CIV. P. 72(b)(3). Curtis's individual-capacity claims will be dismissed without prejudice because *Heck* might not bar Curtis's claim if his parole revocation were expunged by executive order. *Heck v. Humphrey*, 512 U.S. 477, 487 (1994). The defendants' second motion to dismiss, № 22, is granted. Curtis's complaint will be dismissed for failure to state a claim.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 March 2016