IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEMETRIUS CURTIS                                                                PLAINTIFF

v.                               No. 4:15-cv-98-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; SHELIA
SHARP, Director, Arkansas Community
Correction; KERRI CRAIG, Parole Officer,
Arkansas Parole and Probation; and
SHADA WILLIS, Supervisor, Arkansas Parole
and Probation                                                                   DEFENDANTS

## JUDGMENT

1. Curtis's official-capacity claims are dismissed with prejudice

2. His individual-capacity claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2016