IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEMETRIUS CURTIS                                                         PLAINTIFF

v.                              No. 4:15-cv-98-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; SHELIA
SHARP, Director, Arkansas Community
Correction; KERRI CRAIG, Parole Officer,
Arkansas Parole and Probation; and
SHADA WILLIS, Supervisor, Arkansas Parole
and Probation                                                            DEFENDANTS

ORDER

Motion to reconsider, № 34, denied. Curtis's argument from *Sandin v. Conner*, 515 U.S. 472 (1995), fails because Arkansas hasn't created a liberty interest in good time credits. № 30 at 4–5.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

13 April 2016